| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 110.90 | | 111.90 | | 112.80 | | 113.40 | | 114.00 | | 114.00 |
| 2003 | 114.60 | | 115.90 | | 115.70 | | 116.80 | | 117.20 | | 116.70 |
| 2004 | 117.10 | | 118.10 | | 118.90 | | 120.20 | | 120.80 | | 120.90 |
| 2005 | 121.30 | | 122.70 | | 123.60 | | 125.00 | | 126.70 | | 125.40 |
| 2006 | 126.30 | | 126.80 | | 128.80 | | 130.70 | | 130.20 | | 129.30 |
| 2007 | 129.96 | | 131.95 | | 132.98 | | 134.44 | | 134.68 | | 135.15 |
| 2008 | 136.29 | | 138.09 | | 139.65 | | 142.07 | | 142.04 | | 138.55 |
| 2009 | 137.60 | | 138.62 | | 139.31 | | 140.81 | | 140.95 | | 140.72 |
| 2010 | 141.12 | | 141.74 | | 142.03 | | 141.97 | | 142.74 | | 142.92 |
| 2011 | 144.33 | | 146.04 | | 147.55 | | 147.75 | | 147.66 | | 147.57 |
| 2012 | 148.16 | | 150.07 | | 150.16 | | 149.84 | | 151.73 | | 150.65 |
| 2013 | 150.85 | | 152.19 | | 151.91 | | | | 153.53 | | 153.16 |
| 2014 | 150.70 | | 154.60 | | 155.20 | | 155.22 | | 155.52 | | 154.93 |

| | | | | |
|---|---|---|---|---|
| Michael | 460 | $712.66 | $712.66 | |
| DeAnna | 300 | $464.78 | $464.78 | |
| Law Clerk | 150 | $232.39 | $232.39 | |
| Staff | 150 | $232.39 | $232.39 | |

| | 06-07 07-08 | 2003-2004 | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20+ years | | 380 | 390 | 405 | 425 | 440 | 465 | 465 | 475 | 495 | 505 | 510 |
| 11-19 YEARS | | 335 | 345 | 360 | 375 | 390 | 410 | 410 | 420 | 435 | 445 | 450 |
| 8-10 tyears | | 270 | 280 | 290 | 305 | 315 | 330 | 330 | 335 | 350 | 355 | 360 |
| 4-7 years | | 220 | 225 | 235 | 245 | 255 | 270 | 270 | 275 | 285 | 290 | 295 |
| 1-3 years | | 180 | 185 | 195 | 205 | 215 | 225 | 225 | 230 | 240 | 245 | 250 |
| egals and law | | 105 | 110 | 115 | 120 | 125 | 130 | 130 | 135 | 140 | 145 | 145 |

US District Court for the District of Columbia
Court Filing F          $350.00

US Court of Appeals for the District of Columbia
Court Filing F          $455.00
Printer                 $1,590.45
Lexis                   $1,580.00

| Lex Group Printing | Lexis |
|---|---|
| $227.50 | $1,054.00 |
| $206.00 | $75.00 |
| $433.30 | $371.00 |
| $291.65 | $80.00 |
| $432.00 | |

| COSTS | FEES | Time | TOTAL |
|---|---|---|---|
| $3,981.09 | $33,780.27 | 63.12 | $37,761.36 |

| User | Date | Activity | Discription | Billable Hours | Rate | Total |
|---|---|---|---|---|---|---|
| MDJE | 7/10/10 | Administrative | Prepare JA. | 0.8 | $712.66 | $570.13 |
| MDJE | 7/10/10 | Administrative | Scan and OCR file. | 0.8 | $712.66 | $570.13 |
| MDJE | 7/16/10 | Phone Call | Call to court, lvm. | 0.1 | $712.66 | $71.27 |
| MDJE | 12/1/10 | Various | Review records, look at court webpage, find Order (never delivered to my office), and read and reply to client e-mail. | 0.2 | $712.66 | $142.53 |
| MDJE | 12/2/10 | Phone Call | Contacted clerk of Court regarding Order that was never received, letter to Defendant, e-mail to client. | 0.4 | $712.66 | $285.06 |
| MDJE | 2/9/11 | Phone Call | Left message for client. | 0.1 | $712.66 | $71.27 |
| MDJE | 2/9/11 | Phone Call | Conversation with client. | 0.1 | $712.66 | $71.27 |
| DSS | 2/10/11 | Research | preliminary work on motion to reinstate action | 0.7 | $464.78 | $325.34 |
| MDJE | 2/13/11 | E-mail | Review and reply to paralegal e-mail. | 0.1 | $712.66 | $71.27 |
| MDJE | 2/14/11 | Research | reinstating case research | 1.1 | $712.66 | $783.93 |
| DSS | 2/15/11 | Drafting | motion to reinstate, summons | 1.2 | $464.78 | $557.73 |
| DSS | 2/16/11 | Research | summons research | 0.8 | $464.78 | $371.82 |
| DSS | 2/16/11 | Research | summons | 0.8 | $464.78 | $371.82 |
| MDJE | 2/17/11 | Drafting | Review pleading. | 0.1 | $712.66 | $71.27 |
| MDJE | 2/17/11 | E-mail | Email paralegal. | 0.1 | $712.66 | $71.27 |
| DSS | 2/17/11 | Drafting | finalizing motion to reinstate | 0.2 | $464.78 | $92.96 |
| DSS | 2/22/11 | Administrative | summons | 0.5 | $464.78 | $232.39 |
| MDJE | 4/10/11 | E-mail | E-mail to client. | 0.1 | $712.66 | $71.27 |
| DSS | 6/30/11 | Administrative | service of process on doj issue | 0.4 | $464.78 | $185.91 |
| DSS | 7/13/11 | Various | calls and correspondence to ascertain status of govt attorney appointment and service of process. | 1.2 | $464.78 | $557.73 |
| DSS | 7/14/11 | Correspondance | contacting us attorneys office; mail room; work on waiving summons, etc. | 0.2 | $464.78 | $92.96 |
| MDJE | 7/18/11 | Phone Call | Return call and conversation with govt attorney | 0.1 | $712.66 | $71.27 |
| MDJE | 7/18/11 | E-mail | E-mail to DA. | 0.1 | $712.66 | $71.27 |
| MDJE | 7/19/11 | Drafting | Drafting motion to reinstate. | 0.3 | $712.66 | $213.80 |
| MDJE | 7/26/11 | Various | Review draft and file motion to reinstate, e-mail to counsel, mail to US Attorney's Office. | 0.3 | $712.66 | $213.80 |
| MDJE | 8/19/11 | Phone Call | Conversation MDW. | 0.1 | $712.66 | $71.27 |
| MDJE | 9/28/11 | Various | Download D's MSJ and AR, File, E-mail to client. | 0.1 | $712.66 | $71.27 |
| MDJE | 9/30/11 | Correspondance | Package to client. | 0.1 | $712.66 | $71.27 |
| MDJE | 11/16/11 | Phone Call | Conversation w DA. | 0.1 | $712.66 | $71.27 |
| MDJE | 11/22/11 | E-mail | E-mail to DE. | 0.1 | $712.66 | $71.27 |
| DSS | 12/8/11 | Drafting | response to msj | 0.2 | $464.78 | $92.96 |
| DSS | 12/8/11 | Drafting | response to msj | 0.1 | $464.78 | $46.48 |
| DSS | 12/8/11 | Drafting | smj | 0.1 | $464.78 | $46.48 |
| DSS | 12/8/11 | Drafting | smj | 0.9 | $464.78 | $418.30 |
| DSS | 12/23/11 | Drafting | response to msj | 0.9 | $464.78 | $418.30 |
| MDJE | 12/27/11 | Drafting | Draft and file extension. | 0.2 | $712.66 | $142.53 |
| MDJE | 12/31/11 | E-mail | E-mails to DSS. | 0.1 | $712.66 | $71.27 |
| MDJE | 1/5/12 | Phone Call | Conversation with client. | 0.1 | $712.66 | $71.27 |
| MDJE | 1/6/12 | E-mail | Review file.  Review and respond to DSS's e-mail. | 0.1 | $712.66 | $71.27 |
| MDJE | 1/10/12 | Phone Call | Conversation with DSS. | 0.1 | $712.66 | $71.27 |
| MDJE | 1/10/12 | Phone Call | Conversation with DSS. | 0.1 | $712.66 | $71.27 |
| DSS | 1/10/12 | Drafting | response to msj | 1.2 | $464.78 | $557.73 |
| DSS | 1/11/12 | Drafting | response to msj | 6.2 | $464.78 | $2,881.62 |
| MDJE | 1/11/12 | Drafting | Review, edit, and finalize brief.  File brief.  E-mail client. | 0.8 | $712.66 | $570.13 |
| DSS | 2/25/12 | Administrative | status check on deadlines/motions | 0.1 | $464.78 | $46.48 |
| DSS | 2/27/12 | Drafting | reply to opposition to cross-motion for sj | 0.6 | $464.78 | $278.87 |
| DSS | 2/28/12 | Drafting | reply to opp. to cross motion | 0.1 | $464.78 | $46.48 |
| DSS | 2/29/12 | Drafting | reply brief | 3.5 | $464.78 | $1,626.72 |
| MDJE | 3/2/12 | Drafting | Review and edit draft. | 0.3 | $712.66 | $213.80 |
| | | | | 27 | | **$14,308.97** |

| Name | Category | Comment | Date | Duration | Rate | Total | Worker |
|---|---|---|---|---|---|---|---|
| Postage - Stamp | Various | USPS Correspondance to client. | 12/26/14 | | $1.40 | $1.40 | Michael Eisenberg |
| Correspondance to Client | Correspondance | Correspondance to Client | 12/26/14 | 0:06 | $712.66 | $71.27 | Michael Eisenberg |
| E-mail to client. | E-mail | E-mail to client. | 9/20/14 | 0:02 | $712.66 | $71.27 | Michael Eisenberg |
| Travel to/from hearing. | Travel | Travel to/from . . .Oral Arguments. | 9/16/14 | 0:30 | $275.00 | $137.50 | Michael Eisenberg |
| Conversation with Client. | Telephone | Conversation with client. | 9/16/14 | 0:05 | $712.66 | $71.27 | Michael Eisenberg |
| Haselwander, K. Prep for oral arguments. | Various | Haselwander, K. Prep for oral arguments. | 9/16/14 | 0:18 | $712.66 | $213.80 | Michael Eisenberg |
| Various - Prep for Oral Arguments. | Various | Various - Prep for Oral Arguments. | 9/16/14 | 0:45 | $712.66 | $570.13 | Michael Eisenberg |
| Hearing - Prep for Oral Arguments | Meeting | Various - Prep for Oral Arguments. | 9/16/14 | 0:15 | $712.66 | $213.80 | Michael Eisenberg |
| Hearing - Oral Arguments | Meeting | Arrival at Courthouse.  Check in with Clerk.  Oral Arguments. | 9/15/14 | 1:35 | $712.66 | $1,140.26 | Michael Eisenberg |
| Hasslewander, K. Review. | Research | Reviewed client file. | 9/15/14 | 0:19 | $232.39 | $92.96 | Richard Painter |
| Haslewander, k. | Various | Haselwander, K. Prep for oral arguments. | 9/14/14 | 0:15 | $712.66 | $213.80 | Michael Eisenberg |
| Haselwander, K:  Prep for Oral Arguments. | Various | Prep for oral arguments. | 9/13/14 | 0:48 | $712.66 | $570.13 | Michael Eisenberg |
| Various | Various | Filled out and filed Form 72. | 9/8/14 | 0:06 | $712.66 | $71.27 | Michael Eisenberg |
| Various | Various | Prepare and file forms with the court.  E-mail to client. | 7/12/14 | 0:23 | $712.66 | $285.06 | Michael Eisenberg |
| Postage - Stamp | Various | USPS | 1/14/14 | | $2.72 | $2.72 | Michael Eisenberg |
| Correspondance to Client | Correspondance | Correspondance to Client | 1/14/14 | 0:06 | $712.66 | $71.27 | Michael Eisenberg |
| E-mail | E-mail | E-mail to DSS. | 1/10/14 | 0:02 | $712.66 | $23.76 | Michael Eisenberg |
| Haselwander - CADC | Various | updating references to JA for final briefs | 1/10/14 | 0:30 | $464.78 | $232.39 | DeAnna Schabacker |
| Correpondance to client. | Correspondance | Correpondance to client. | 1/2/14 | 0:06 | $712.66 | $71.27 | Michael Eisenberg |
| Postage | Correspondance | Postage | 1/1/14 | | $1.52 | $1.52 | Michael Eisenberg |
| Preparing Joint Appendix | Various | preparing JA; email OC; email printers | 12/27/13 | 1:45 | $464.78 | $813.37 | DeAnna Schabacker |
| Drafting | Drafting | Review, finalize and e-mail to DSS. | 12/19/13 | 0:05 | $712.66 | $71.27 | Michael Eisenberg |
| Drafting | Drafting | Review and edit draft.  E-mail to DSS. | 12/19/13 | 0:12 | $712.66 | $142.53 | Michael Eisenberg |
| Haselwander | Various | Preparing Reply Brief | 12/19/13 | 3:09 | $464.78 | $1,464.06 | DeAnna Schabacker |
| Review and reply to email from | E-mail | Review and reply to email from Lex Group | 12/18/13 | 0:02 | $712.66 | $71.27 | Michael Eisenberg |
| Haselwander, K | Various | Preparing Reply Brief | 12/17/13 | 0:45 | $464.78 | $371.82 | DeAnna Schabacker |
| haselwander | Various | review appellee‚Äôs brief | 12/12/13 | 0:15 | $464.78 | $139.43 | DeAnna Schabacker |
| Review and reply to email from JG. | E-mail | Review and reply to email from JG. | 10/25/13 | 0:01 | $712.66 | $71.27 | Michael Eisenberg |
| Hasselewander - USCADC | E-mail | Review and reply to e-mail from JG. | 9/27/13 | 0:06 | $712.66 | $71.27 | Michael Eisenberg |
| | | | | 12.52 | | $7,343.14 | |
| | | | | | Fees | $7,337.50 | |
| | | | | | Costs | $5.64 | |

| User | Activity | Discription | Date | Billable Hours | Rate | Total |
|---|---|---|---|---|---|---|
| MDJE | Meeting | Conversation with client. | 9/14/12 | 0.2 | $712.66 | $142.53 |
| MDJE | Telephone Call | E-mail to client. | 9/23/12 | 0.1 | $712.66 | $71.27 |
| MDJE | E-mail | E-mail to client. Review documents. Populate CLIO. | 9/26/12 | 0.2 | $712.66 | $142.53 |
| DSS | Other | initial case documents | 10/18/12 | 1 | $464.78 | $464.78 |
| DSS | Other | filing initial forms | 10/19/12 | 0.7 | $464.78 | $325.34 |
| MDJE | Various | Review and reply to e-mail from DSS. | 10/19/12 | 0.1 | $712.66 | $71.27 |
| MDJE | Various | Download e-mails/filings from Court. E-mail to client. | 10/19/12 | 0.2 | $712.66 | $142.53 |
| DSS | Other | response to order to show cause &amp; response brief | 1/22/13 | 2.4 | $464.78 | $1,115.47 |
| DSS | Drafting | response to order to show cause &amp; response brief; email opposing counsel | 1/23/13 | 2.3 | $464.78 | $1,068.99 |
| MDJE | E-mail | Review and reply to e-mail from DSS. | 1/23/13 | 0.1 | $712.66 | $71.27 |
| MDJE | E-mail | Review and edit draft. | 1/24/13 | 0.5 | $712.66 | $356.33 |
| DSS | Drafting | review/revise final draft of opposition brief | 1/25/13 | 3.2 | $464.78 | $1,487.29 |
| DSS | Drafting | discuss opposition brief with mdje | 1/28/13 | 1.1 | $464.78 | $511.26 |
| MDJE | Drafting | Conversation with DSS. | 1/28/13 | 0.2 | $712.66 | $142.53 |
| MDJE | Telephone Call | Review, edit and finalize drafts. | 1/29/13 | 0.2 | $712.66 | $142.53 |
| MDJE | Drafting | Review and reply to e-mail from government. | 2/12/13 | 0.1 | $712.66 | $71.27 |
| DSS | Correspondence | Draft to Michael: Appellant's reply in support of the cross-motion is due March 29, 2013 | 3/28/13 | 2.6 | $464.78 | $1,208.42 |
| MDJE | E-mail | Review and reply to e-mail from DSS. | 3/28/13 | 0.1 | $712.66 | $71.27 |
| MDJE | Various | E-mail to DSS. | 3/28/13 | 0.1 | $712.66 | $71.27 |
| MDJE | Various | Review and edit draft. E-mail to DSS. | 3/28/13 | 0.2 | $712.66 | $142.53 |
| MDJE | E-mail | File brief. E-mail to client. | 3/28/13 | 0.1 | $712.66 | $71.27 |
| MDJE | E-mail | Review and reply to e-mail from USCADC. E-mail to Printer. | 5/9/13 | 0.1 | $712.66 | $71.27 |
| MDJE | E-mail | Conversation with Clerk's office. E-mail to Printer. | 5/10/13 | 0.2 | $712.66 | $142.53 |
| MDJE | Administrative | Scan files, E-mail to client, correspondance to client. | 5/16/13 | 0.2 | $712.66 | $142.53 |
| MDJE | Administrative | USPS. | 5/16/13 | 1 | $712.66 | $712.66 |
| MDJE | Various | Download Order. E-mail to client. | 6/19/13 | 0.1 | $712.66 | $71.27 |
| MDJE | Telephone Call | Conversation with TB, mediator. E-mail to client. | 7/23/13 | 0.2 | $712.66 | $142.53 |
| MDJE | E-mail | Conversation w client. | 7/23/13 | 0.2 | $712.66 | $142.53 |
| DSS | Drafting | appellant brief due | 8/9/13 | 1.1 | $464.78 | $511.26 |
| DSS | Drafting | appellant brief due | 8/10/13 | 1.4 | $464.78 | $650.69 |
| DSS | Drafting | appellant brief due | 8/13/13 | 0 | $464.78 | $0.00 |
| DSS | Drafting | appellant brief due | 8/14/13 | 2.4 | $464.78 | $1,115.47 |
| DSS | Drafting | reviewing/revising final edits | 8/15/13 | 0.7 | $464.78 | $325.34 |
| MDJE | Various | Review and edit opening brief. | 8/16/13 | 0.1 | $712.66 | $71.27 |
| MDJE | Drafting | Review, edit, and E-mail to printer, brief. | 8/19/13 | 0.1 | $712.66 | $71.27 |
| MDJE | Administrative | USPS | 8/24/13 | 1 | $2.32 | $2.32 |
| MDJE | Drafting | E-mail to client. Correspondence to client. | 8/24/13 | 0.1 | $712.66 | $71.27 |
| | | | | 23.6 | | $12,136.12 |
| | | | | | Fees | $12,133.80 |
| | | | | | Costs | $2.32 |